UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 24, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>YAN EBYAM, )<br>Defendant. )<br>) | Case No. MAG. 11-0177-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release YAN EBYAM, Case No. MAG. 11-0177-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $150,000.00 (or all available equity in subject property)

___ Unsecured Appearance Bond

_X_ Secured Appearance Bond

_X_ (Other) Conditions as stated on the record.

_X_ (Other) Secured bond documents to be filed by 07/11/11.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  06-24-2011  at  3:00 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge