

FILED

JUL 11 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   YAN EBYAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 11-275-JAM |
| Plaintiff, | ) | Cr.S. 11-276-JAM |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO EXTEND TIME TO POST |
| YAN EBYAM, | ) | SECURED BOND |
| | ) | |
| Defendants. | ) | JUDGE: Hon. DALE A. DROZD |

On June 24, 2011, the Honorable Edmund F. Brennan ordered Mr. Yan Ebyam be released on a $150,000 property bond to be posted with $150,000 to be secured by the defendant's mother's real property. A notice of agreement to forfeit property was posted with the court on June 24, 2011. All of the paperwork has been completed and Assistant United States Attorney, Samuel Wong has not approved the amount of equity in the property due to a line of credit in the amount of $100,000. We have contacted the defendant's mother and she is in the process of reducing the equity line of credit account with the bank. After this has been completed we will resubmit the new paperwork to

1 | Assistant United States Attorney, Samuel Wong for approval.
2 |     For the reasons stated above, additional time is needed to received
3 | documentation from the bank closing the equity line of credit.
4 | Accordingly, the parties agree that the deadline for posting the
5 | secured bond may be extended two additional weeks, to July 25, 2011.
6 | This office has contacted Assistant United States Attorney Samuel Wong
7 | and he has no objection to this request.

DATED: July 11, 2011          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Matthew M. Scoble
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          YAN EBYAM

DATED: July 11, 2011          BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Matthew M. Scoble for
                                          SAMUEL WONG
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED:  July 11, 2011.          *Dale A. Drozd* (signature)
                                          DALE A. DROZD
                                          United States Magistrate Judge