1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   YAN EBYAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 11-276-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | DATE: October 4, 2011 |
| | ) | Time: 9:30 a.m. |
| YAN EBYAM, et. al. , | ) | JUDGE: Hon. John A. Mendez |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through, SAMUEL WONG, Assistant U.S. Attorney, defendant, YAN EBYAM by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, DINA SANTOS, attorney for ALBERTO VELEZ, GILBERT ROQUE, attorney for JOEL SANTIAGO-OJEDA, and CLYDE BLACKMAN, attorney for JONATHAN AUSTIN that the status conference set for Tuesday, August 2, 2011, be continued to Tuesday, October 4, 2011, at 9:30 a.m.

This case involves approximately 2,000 pages of initial discovery, two search warrants, and four defendants. Additionally, defendant Yan Ebyam is named as a defendant in two indictments pending before this Court, Case Nos. 2:11-CR-276 JAM and 2:11-CR-276 JAM, which make

1  preparation for his defense even more difficult and time consuming.
2  The reason for this continuance is to allow defense counsel additional
3  time to review discovery with the defendants, to examine possible
4  defenses, and to continue investigating the facts of the case.
5       The parties agree that the requested continuance is necessary to
6  provide defense counsel reasonable time necessary for effective
7  preparation, taking into account the exercise of due diligence.  The
8  parties agree that the ends of justice to be served by a continuance
9  outweigh the best interests of the public and the defendants in a
10 speedy trial, and they ask the Court to exclude time within which the
11 trial of this matter must be commenced under the Speedy Trial Act from
12 the date of this stipulation, August 1, 2011, through October 4, 2011,
13 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4,
14 pertaining to reasonable time for defense preparation.

Dated: August 1, 2011

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Matthew M. Scoble
                                    MATTHEW M. SCOBLE
                                    Assistant Federal Defender
                                    Attorney for YAN EBYAM


                                    /s/ Matthew M. Scoble for
                                    DINA SANTOS
                                    Attorney for ALBERTO VELEZ


                                    /s/ Matthew M. Scoble for
                                    GILBERT ROQUE
                                    Attorney for Joel Santiago-Ojeda

```
                              /s/ Matthew M. Scoble for
                              CLYDE BLACKMON
                              Attorney for JONATHAN AUSTIN


                              BENJAMIN B. WAGNER
                              United States Attorney


                        By:   /s/ Matthew M. Scoble for
                              SAMUEL WONG
                              Assistant U.S. Attorney



              _____
```

**O R D E R**

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety.  It is ordered that the status conference presently set for August 2, 2011, be continued to October 4, 2011, at 9:30 a.m.  The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, August 1, 2011, up to and including, the October 4, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act

pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: 8/1/2011                     /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge