DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
YAN EBYAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>       Plaintiff, )<br>            )<br>    v.      )<br>            )<br>YAN EBYAM,       )<br>            )<br>       Defendants. )<br>            )<br>_____ ) | Cr.S. 11-275-JAM<br>Cr.S. 11-276-JAM<br><br>STIPULATION AND ORDER TO<br>EXTEND TIME TO POST SECURED<br>BOND<br><br>JUDGE: Hon. Gregory G. Hollows |

     On June 24, 2011, the Honorable Edmund F. Brennan ordered Mr. Yan Ebyam be released on a $150,000 property bond to be posted with $150,000 to be secured by the defendant's mother's real property. A notice of agreement to forfeit property was posted with the court on June 24, 2011.  All of the paperwork has been completed and Assistant United States Attorney, Samuel Wong has now approved the amount of equity in the property.  The property owner has been on vacation and just returned this weekend.  The property owner needs additional time to have the Deed notarized and recorded with the county recorders office.

For the reasons stated above, additional time is needed to receive and to finalize the Deed of Trust.  Accordingly, the parties agree that the deadline for posting the secured bond may be extended to August 8, 2011.  This office has contacted Assistant United States Attorney Samuel Wong and he has no objection to this request.

DATED: July 27, 2011          Respectfully submitted,

                                        DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Matthew M. Scoble
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      YAN EBYAM

DATED: July 27, 2011          BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Matthew M. Scoble for
                                      SAMUEL WONG
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: August 1, 2011.

                                  /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE