DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
YAN EBYAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 11-276-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | DATE: November 15, 2011 |
| | ) | Time: 9:30 a.m. |
| YAN EBYAM, et al. | ) | JUDGE: Hon. John A. Mendez |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through, SAMUEL WONG, Assistant U.S. Attorney, defendant, YAN EBYAM by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, DINA SANTOS, attorney for ALBERTO VELEZ, GILBERT ROQUE, attorney for JOEL SANTIAGO-OJEDA, and CLYDE BLACKMAN, attorney for JONATHAN AUSTIN that the status conference set for Tuesday, October 4, 2011, be continued to Tuesday, November 15, 2011, at 9:30 a.m.

This case involves approximately 2,000 pages of initial discovery, two search warrants, and four defendants. Additionally, defendant Yan Ebyam is named as a defendant in two indictments pending before this Court, Case Nos. 2:11-CR-275 JAM and 2:11-CR-276 JAM, which make

preparation for his defense even more difficult and time consuming. The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case.

    The parties agree that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial, and they ask the Court to exclude time within which the trial of this matter must be commenced under the Speedy Trial Act from the date of this stipulation, October 4, 2011, through November 15, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, pertaining to reasonable time for defense preparation.

Dated: September 29, 2011

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                  /s/ Matthew M. Scoble
                                  MATTHEW M. SCOBLE
                                  Assistant Federal Defender
                                  Attorney for YAN EBYAM

                                  /s/ Matthew M. Scoble for
                                  DINA SANTOS
                                  Attorney for ALBERTO VELEZ

                                  /s/ Matthew M. Scoble for
                                  GILBERT ROQUE
                                  Attorney for Joel Santiago-Ojeda

```
                              /s/ Matthew M. Scoble for
                              CLYDE BLACKMON
                              Attorney for JONATHAN AUSTIN


Dated: September 29, 2011     BENJAMIN B. WAGNER
                              United States Attorney


                              /s/ Matthew M. Scoble for
                              SAMUEL WONG
                              Assistant U.S. Attorney
```

**O R D E R**

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety.  It is ordered that the status conference presently set for October 4, 2011, be continued to November 15, 2011, at 9:30 a.m.  The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, September 29, 2011, up to and including, the November 15, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4

1  (allow defense counsel reasonable time to prepare).
2       IT IS SO ORDERED.
3
4  Dated: 9/30/2011                /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
5                                  United States District Judge