DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
YAN EBYAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 11-276-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | DATE: August 7, 2012 |
| | ) | Time: 9:45 a.m. |
| YAN EBYAM | ) | JUDGE: Hon. John A. Mendez |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    It is hereby stipulated and agreed to between the United States of America through, JASON HITT, Assistant U.S. Attorney, defendant, YAN EBYAM by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, June 19, 2012, be continued to Tuesday, August 7, 2012, at 9:45 a.m.

    This case involves approximately 2,000 pages of initial discovery, two search warrants, and four defendants.  Additionally, defendant Yan Ebyam is named as a defendant in two indictments pending before this Court, Case Nos. 2:11-CR-275 JAM and 2:11-CR-276 JAM, which make preparation for his defense even more difficult and time consuming. The reason for this continuance is to allow defense counsel additional

1 time to review discovery with the defendants, to examine possible
2 defenses, and to continue investigating the facts of the case.
3     The parties agree that the requested continuance is necessary to
4 provide defense counsel reasonable time necessary for effective
5 preparation, taking into account the exercise of due diligence.  The
6 parties agree that the ends of justice to be served by a continuance
7 outweigh the best interests of the public and the defendants in a
8 speedy trial, and they ask the Court to exclude time within which the
9 trial of this matter must be commenced under the Speedy Trial Act from
10 the date of this stipulation, June 15, 2012, through August 7, 2012,
11 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4,
12 pertaining to reasonable time for defense preparation.

Dated: June 15, 2012              Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Matthew M. Scoble
                                  MATTHEW M. SCOBLE
                                  Assistant Federal Defender
                                  Attorney for YAN EBYAM



Dated: June 15, 2012              BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Matthew M. Scoble for
                                  JASON HITT
                                  Assistant U.S. Attorney

**O R D E R**

    The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety.  It is ordered that the status conference presently set for June 19, 2012, be continued to August 7, 2012, at 9:45 a.m.  The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

    It is ordered that time from the date of the parties' stipulation, June 15, 2012, up to and including, the August 7, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

    IT IS SO ORDERED.

Dated: 6/15/2012                    /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
                                     United States District Court Judge