DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
YAN EBYAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. YAN EBYAM, Defendant. | Cr.S. 11-276-JAM<br>STIPULATION AND ORDER<br>DATE: December 4, 2012<br>Time: 9:45 a.m.<br>JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through, JASON HITT, Assistant U.S. Attorney, defendant, YAN EBYAM by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, October 16, 2012, be continued to Tuesday, December 4, 2012, at 9:45 a.m.

This case involves approximately 2,000 pages of initial discovery, two search warrants, and four defendants. Additionally, defendant Yan Ebyam is named as a defendant in two indictments pending before this Court, Case Nos. 2:11-CR-275 JAM and 2:11-CR-276 JAM, which makes preparation for his defense even more difficult and time consuming. The reason for this continuance is to allow defense counsel additional

time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case.

The parties agree that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial, and they ask the Court to exclude time within which the trial of this matter must be commenced under the Speedy Trial Act from the date of this stipulation, October 5, 2012, through December 4, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, pertaining to reasonable time for defense preparation.

Dated: October 5, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for YAN EBYAM

Dated: October 5, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew M. Scoble for
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety. It is ordered that the status conference presently set for October 16, 2012, be continued to December 4, 2012, at 9:45 a.m. The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, October 5, 2012, up to and including, the December 4, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: 10/9/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge