

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER

United States of America

                     Plaintiff(s),

                                   Case No. 2:11-cr-00276-JAM-1

v.

Yan Ebyam

                    Defendant(s).

I, _____Brandon Sample_____, attorney for _____Yan Ebyam,_____ hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Brandon Sample PLC |
| Address: | PO BOX 250 |
| | |
| City: | Rutland |
| State: | Vermont   ZIP Code: 05702 |
| Voice Phone: | ( 802 )   444-4357 |
| FAX Phone: | (802 ) 779-9590 |

Internet E-mail:
   _brandon@brandonsample.com_____

Additional E-mail: _____

I reside in City:   Hurst   State: Texas

I was admitted to practice in the __Vermont Supreme Court__ (court) on __October 26, 2016__ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Carol Ann Moses

Firm Name:

Address: 7636 N Ingram Ave Ste 104
Fresno, CA 93711-6200

City: Fresno

State: __California__ ZIP Code: 93711

Voice Phone: __(559) 449-9069__

FAX Phone: (559) 513-8530

E-mail: carol@yosemitelawyer.com

Dated: 12-13-17   Petitioner: _[signature]_

**ORDER**

IT IS SO ORDERED.

Dated: January 3, 2018

_____
JUDGE, U.S. DISTRICT COURT