1  MICHAEL LONG, Esq.
   Attorney at Law
2  901 H Street, Suite 301
   Sacramento, CA  95814
3  Tel: (916) 201-4188
   Mike.long.law@msn.com

5  Attorney for Defendant
   YAN EBYAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:11-CR-00276-JAM-1 |
| Plaintiff, | ) **REQUEST TO EXONERATE BOND;** <br> ) **ORDER** |
| vs. | ) |
| YAN EBYAM, | ) |
| Defendant. | ) Judge: Hon. Kendall J. Newman |
| | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Yan Ebyam, that the bond posted to secure defendant's pretrial release may be exonerated and the property used to secure the bond be reconveyed to the sureties.

On June 22, 2011, the magistrate judge ordered Mr. Ebyam released on a bond secured by real property in the amount of $150,000.  Mr. Ebyam is currently in custody at the Florence FCI serving his sentence imposed on January 24, 2017. Accordingly,

the bond securing his release should be exonerated and the property reconveyed back to the surety.

Respectfully Submitted,

Dated: January 8, 2018     /s/ Michael D. Long
MIchael D. LONG
Attorney for YAN EBYAM

PHILLIP A. TALBERT
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

## **O R D E R**

Bond for defendant Yan Ebyam is exonerated. The Clerk of the Court shall reconvey the property securing the bond to Sherri Ebyam and it is requested that the reconveyance be mailed to Sherri Ebyam at her address located at 239 E. Valley Street, Willis, CA 95490.

IT IS SO ORDERED.

Dated: January 8, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE