1 McGREGOR W. SCOTT
United States Attorney
2 JASON HITT
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: 916-554-2700

5 Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00275-JAM-DB |
|---|---|
| Plaintiff/Respondent, | 2:11-CR-00276-JAM-DB |
| v. | STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S SECTION 2255 MOTIONS |
| YAN EBYAM, | |
| Defendant/Movant. | |

Respondent United States of America, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Jason Hitt, Assistant United States Attorney, respectfully requests a 60-day extension of time until July 22, 2018, to file its answering brief to defendant's motions under 28 U.S.C. § 2255. The government's answer is currently due on May 23, 2018.

The requested time will permit me to complete existing obligations and prepare a responsive pleading to the pending § 2255 motions. I recently completed the criminal trial in *United States v. Phillips, et al.*, Case No. 2:15-cr-00081-JAM, on February 8, 2018. I also filed four opposition briefs in motions for sentence reductions under 18 U.S.C. § 3582. In addition, I drafted and filed the reply briefs in *United States v. Rodriguez* and *Sarabia*, C.A. Nos. 17-10233 and 17-10235 respectively. I also prepared a substantial and complex answering brief in *United States v. Love*, C.A. No. 16-10066. That brief was filed on March 30, 2018. I also prepared and appeared for oral argument before the Ninth Circuit in *United States v. Chan*, C.A. No. 16-15503, on April 9, 2018. I am currently preparing for a 4-

5 jury trial before the Honorable Troy L. Nunely in *United States v. Carrillo*, Case No. 2:12-cr-0185 TLN, scheduled for May 21, 2018. The requested extension will allow me to complete the upcoming tasks and complete the government's responsive pleading to the pending § 2255 motions.

      Defense counsel does not oppose the Government's request. For these reasons, I respectfully request additional time to complete a responsive pleading to the defendant's § 2255 motions.

Dated: April 13, 2018                         McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ *JASON HITT*
                                            JASON HITT
                                            Assistant United States Attorney

Dated: April 13, 2018                         /s/ *BRANDON SAMPLEby*
                                             *Jason Hitt*
                                            BRANDON SAMPLE
                                            Attorney for Yan Ebyam
                                            Authorized to sign for Mr. Sample

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties.

The Government's answering brief to defendant's motions pursuant to 28 U.S.C. § 2255 is now due July 22, 2018.

IT IS SO ORDERED.

DATED: April 13, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-habeas/ebya0275/0276.answ eot

STIPULATION FOR EXTENSION OF TIME TO RESPOND