McGREGOR W. SCOTT
United States Attorney
JASON HITT
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>YAN EBYAM,<br><br>　　　　　　　Defendant. | CASE NO. 2:11-CR-0275 JAM<br>　　　　　　2:11-CR-0276 JAM<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's Exhibit B to United States' Motion to Dismiss Defendant's Motion to Vacate, Set Aside, or Correct Sentence and Opposition to Motion to Vacate, Set Aside, or Correct Sentence, pertaining to defendant Yan Ebyam, and government's Request to Seal shall be SEALED until further order of this court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The court has considered the factors set forth in <u>Oregonian Publ. Co. v. U.S. District Court for the District of Oregon</u>, 920 F.2d 1462 (9th Cir. 1990). The court finds that, for the reasons stated in the government's request, sealing the government's motion and Exhibit B serve a compelling interest. The Court further finds that, in the absence of closure, the compelling interest identified by the government

////

would be harmony. The court further finds that there are no additional alternatives to sealing the government's motion and Exhibit B that would adequately protect the compelling interest identified by the government.

Dated: August 8, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/ebya0275.seal