UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>YAN EBYAM,<br><br>Movant. | No. 2:11-cr-0275 JAM DB - 1<br>No. 2:11-cr-0276 JAM DB - 1<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding with counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 7, 2019, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within fourteen days. Movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 7, 2019, are adopted in full;

2. Movant's request for an evidentiary hearing is denied;

3. The motions to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 (Case No. 2:11-cv-0275 JAM DB (ECF No. 408) and Case No. 2:11-cv-0276 JAM DB (ECF No. 164)) are denied;

4. The Clerk of the Court is directed to close the companion civil case Nos. 2:18-cv-0306 JAM DB and 2:18-cv-0307 JAM DB; and

5. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: July 10, 2019

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge